IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIRST NATIONAL BANK OF OMAHA,** a national banking association;<br><br>           Plaintiff,<br><br>     vs.<br><br>**COLUMBIA STATE BANK,** a state banking association;<br><br>           Defendant. | CASE NO.  8:13CV377<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation to Dismiss with Prejudice (Filing No. 37).  The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The above-captioned matter will be dismissed with prejudice and each party will pay its own costs. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation to Dismiss with Prejudice (Filing No. 37) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. Each party will pay its own costs.

Dated this 25th day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge